**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MINNESOTA

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| 1. | **Your full name** | | |
| | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | **DANIEL** <br> First name <br><br> **HOWARD** <br> Middle name <br><br> **PETSINGER** <br> Last name and Suffix (Sr., Jr., II, III) | **CARRIE** <br> First name <br><br> **ANN** <br> Middle name <br><br> **PETSINGER** <br> Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years** <br><br> Include your married or maiden names and any assumed, trade names and *doing business as* names. <br><br> Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | **ASF PETSINGER MEDIA GROUP, LLC** <br> **DBA RADIO LINK INTERNET** | **ASF PETSINGER MEDIA GROUP, LLC** |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number** (ITIN) | **xxx-xx-8200** | **xxx-xx-9420** |

Debtor 1   **DANIEL HOWARD PETSINGER**
Debtor 2   **CARRIE ANN PETSINGER**

Case number *(if known)*

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| **4.** | **Your Employer Identification Number (EIN), if any.** | EIN | EIN |
| **5.** | **Where you live** | **8162 SW 81ST STREET**<br>**Ellendale, MN 56026**<br>Number, Street, City, State & ZIP Code<br><br>**Steele**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>Number, Street, City, State & ZIP Code<br><br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6.** | **Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■  Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐  I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br><br>■  Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐  I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) |

| Debtor 1 | **DANIEL HOWARD PETSINGER** | Case number *(if known)* | |
|---|---|---|---|
| Debtor 2 | **CARRIE ANN PETSINGER** | | |

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010))*. Also, go to the top of page 1 and check the appropriate box.

■ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

**8.** **How you will pay the fee**

■ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |
| | District | | When | | Case number | |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No.

☐ Yes.

| Debtor | | Relationship to you | |
|---|---|---|---|
| District | | When | | Case number, if known | |
| Debtor | | Relationship to you | |
| District | | When | | Case number, if known | |

**11.** **Do you rent your residence?**

■ No.   Go to line 12.

☐ Yes.   Has your landlord obtained an eviction judgment against you?

☐   No. Go to line 12.

☐   Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

| Debtor 1 | **DANIEL HOWARD PETSINGER** | | |
|---|---|---|---|
| Debtor 2 | **CARRIE ANN PETSINGER** | Case number *(if known)* | |

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |
|---|---|

**12.** **Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☐ No.   Go to Part 4.

☒ Yes.   Name and location of business

**RADIO LINK INTERNET**
Name of business, if any

**8162 SW 81ST STREET**
**Ellendale, MN 56026**
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))

☒   None of the above

**13.** **Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**
For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |
|---|---|

**14.** **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☒ No.

☐ Yes.

What is the hazard?  _____

If immediate attention is needed, why is it needed?  _____

Where is the property?  _____

Number, Street, City, State & Zip Code

---

Debtor 1  **DANIEL HOWARD PETSINGER**
Debtor 2  **CARRIE ANN PETSINGER**

Case number *(if known)*

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

   ☐ **Incapacity.**
   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

   ☐ **Disability.**
   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

   ☐ **Active duty.**
   I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of**:

   ☐ **Incapacity.**
   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

   ☐ **Disability.**
   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

   ☐ **Active duty.**
   I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Debtor 1 | **DANIEL HOWARD PETSINGER** | | |
|---|---|---|---|
| Debtor 2 | **CARRIE ANN PETSINGER** | Case number *(if known)* | |

| **Part 6:** | **Answer These Questions for Reporting Purposes** |
|---|---|

**16. What kind of debts do you have?**

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

■ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| **Part 7:** | **Sign Below** |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| **/s/ DANIEL HOWARD PETSINGER** | **/s/ CARRIE ANN PETSINGER** |
|---|---|
| **DANIEL HOWARD PETSINGER** | **CARRIE ANN PETSINGER** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Executed on  **June 1, 2026** | Executed on  **June 1, 2026** |
| MM / DD / YYYY | MM / DD / YYYY |

Debtor 1 **DANIEL HOWARD PETSINGER**

Debtor 2 **CARRIE ANN PETSINGER**

Case number *(if known)* _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ JOHN D. LAMEY III** _____

Signature of Attorney for Debtor

Date **June 1, 2026**

MM / DD / YYYY

**JOHN D. LAMEY III 0312009**

Printed name

**LAMEY LAW FIRM, P.A.**

Firm name

**980 INWOOD AVE N**

**OAKDALE, MN 55128-7094**

Number, Street, City, State & ZIP Code

Contact phone **651.209.3550**

Email address **JLAMEY@LAMEYLAW.COM**

**0312009 MN**

Bar number & State

---

Official Form 101

**Voluntary Petition for Individuals Filing for Bankruptcy**

page 7

AL MANSEY
37491 COUNTY RD 15
SAINT PETER MN 56082


ALLINA HEALTH
ATTN: BILLING
PO BOX 43, MAIL ROUTE 10807
MINNEAPOLIS MN 55440


ALYSSA & MATT BECKMAN
14541 420TH AVE
WASECA MN 56093


AMERICAN EXPRESS
PO BOX 96001
LOS ANGELES CA 90096


AMERICAN TOWER CORP
29637 NETWORK PLACE
CHICAGO IL 60673


ANDREW SAMMON
2625 230TH ST W
FARIBAULT MN 55021


BIG STONE THERAPIES, INC OWATONNA
500 CROSS STREET
BIG STONE CITY SD 57216


BOB HEERS
5929 NE 36TH STREET
OWATONNA MN 55060


BRAD SHEELY
61429 265TH STREET
BROWNSDALE MN 55918

BRAD STENZEL
20820 MATAWAN AVE
NEW RICHLAND MN 56072


BUD (CHRISTOPHER OLSON
7911 SW 88TH ST
ELLENDALE MN 56026


CAPITAL ONE / MENARDS
PO BOX 60506
CITY OF INDUSTRY CA 91716


CAPITAL ONE BANK N.A. - KOHL'S
BANKRUPTCY CORRESPONDENCE
PO BOX 30285
SALT LAKE CITY UT 84130-0285


CHASE FREEDOM
1111 POLARIS PARKWAY
COLUMBUS OH 43240


CHRIS SCHENK
59610 172ND ST
MANKATO MN 56001


CHRISTOPHER & HALIE OLSON
833 S 5TH ST
ALBION NE 68620


CHRISTOPHER JAEGER
58695 113TH ST
MAPLETON MN 56065

CITY OF ELLENDALE
ATTN CITY ATTORNEY
106 SIXTH AVE W PO BOX 385
ELLENDALE MN 56026


CITY OF GENEVA
PO BOX 235
GENEVA MN 56035


CITY OF NEW RICHLAND
203 N BROADWAY
PO BOX 57
NEW RICHLAND MN 56072


CITY OF WALDORF
119 MAIN STREET SOUTH
WALDORF MN 56091


CONSOLIDATED COMMUNICATIONS
PO BOX 66523
SAINT LOUIS MO 63166-6523


CONSOLIDATED COMMUNICATIONS
221 E HICKORY ST
MANKATO MN 56001


COUNTY OF WASECA
307 N STATE STREET
WASECA MN 56093


D & L SPECIALITIES H. DAVE SCHMIDTKE
MATT TONN
3283 175TH ST
LESTER PRAIRIE MN 55354

DAVE NAGEL - DEPARTMENT OF TRANS
FINANCIAL OPERATIONS MS 215
395 JOHN IRELAND BLVD
SAINT PAUL MN 55155


DEANNA KUHNS
20502 WEST WILTON RIVER RD
WASECA MN 56093


DON BYRON DEL FARS
8657 430TH AVE
WASECA MN 56093


DONNA JEAN EBENHOH
59423 105TH AVE
CLAREMONT MN 55924


ERIC LEE
27503 670TH AVE
DEXTER MN 55926


ERIK JACOBSON
24251 180TH STREET
NEW RICHLAND MN 56072


FIRST PREMIER BANK
PO BOX 5524
SIOUX FALLS SD 57117-5524


FURNITURE MART USA CORPORATE
140 E HINKS LN
SIOUX FALLS SD 57104


GERRY BADE
61978 200TH ST
JANESVILLE MN 56048

HILTON GRAND VACATIONS
PO BOX 402705
ATLANTA GA 30384-2705


HILTON GRAND VACATIONS
1450 CENTER CROSSING RD
LAS VEGAS NV 89144


HINSHAW & CULBERTSON LLP
333 SOUTH 7TH ST STE 2000
MINNEAPOLIS MN 55402


HOMETOWN CREDIT UNION
2400 WEST BRIDGE ST
OWATONNA MN 55060


IRS
PO BOX 7346
PHILADELPHIA PA 19101-7346


IVERSON REUVERS
ATTN CAROLS SOTO-QUEZADA
9321 ENSIGN AVE S
BLOOMINGTON MN 55438


JAGUAR COMMUNICATIONS LLC
2780 SNELLING AVE N STE 101
ROSEVILLE MN 55113


JASON GILLIS
5784 MW 769TH ST
MEDFORD MN 55049


JEFF HUELSNITZ
39510 REEDS LAKE RD
WASECA MN 56093

JERRY COUGHLIN & ROSALYNE TEMPELMAN
85309 340TH STREET
BLOOMING PRAIRIE MN 55917


JIM BALFE
43573 141ST AVE
KILKENNY MN 56052


JIM PUREERST
7803 240TH ST E
FARIBAULT MN 55021


JOHN ERNST
18731 EILER AVE
FARIBAULT MN 55021


JON GUENTZEL
32128 490TH STREET
KASOTA MN 56050


KIM HALVORSON
7676 W FRONTAGE RD
MEDFORD MN 55049


L & E FARM DRAINAGE LARRY ELLINGSON
55090 200TH AVE
WEST CONCORD MN 55985


LEO & DELORIS HOLICKY
35564 229TH AVE
LE CENTER MN 56057


LUCAS ARNDT
4404 SE 44TH AVE
OWATONNA MN 55060

MARK PFEIFER
7324 SE 41ST AVE
OWATONNA MN 55060


MATT KETTLESON
255 CEDARDALE DRIVE SE
OWATONNA MN 55060


MAYO CLINIC
PO BOX 790339
SAINT LOUIS MO 63179-0339


MICHAEL HANKINS
25742 DODD RD
LE CENTER MN 56057


MIKE GUENTZEL
60374 224TH LANE
MADISON LAKE MN 56063


MIKE TROM
70738 120TH AVE
BLOOMING PRAIRIE MN 55917


MINNESOTA DEPT OF REV
COLLECTION DIVISION
PO BOX 64564
SAINT PAUL MN 55164-0564


MOSS & BARNETT
ATTN TAYLOR SZTAINER
150 SOUTH FIFTH ST STE 1200
MINNEAPOLIS MN 55402

NEIL SCHLAAK
13342 220TH AVE
NEW RICHLAND MN 56072


NEXUS COOPERATIVE
53872 270TH ST
PO BOX 110
LANSING MN 55950


NEXUS COOPERATIVE
89096 OAKLAND AVE
AUSTIN MN 56007


NOVLE DAIRY FARM LLC
1342 SE 118TH ST
BLOOMING PRAIRIE MN 55917


PAYPAL/WEBBANK
215 S. STATE STREET. STE 1000
SALT LAKE CITY UT 84111


PETERSON GRAIN
9116 SW 13TH ST
WASECA MN 56093


RICHLAND GRAIN LLC
ATTN: MATT HOLLAND
6821 W HWY 30
ELLENDALE MN 56052


ROBERT GOETTL
39465 211TH AVE
LE CENTER MN 56057

RYAN PONWITH
958 MN-99
CLEVELAND MN 56017


SHAWN RILEY
30261 MOWER FREEBORN RD
AUSTIN MN 55912


SLATE
PO BOX 15123
WILMINGTON DE 19850-5123


SOFI
2750 E COTTONWOOD PKWY
SUITE 300
SALT LAKE CITY UT 84121


STATE BANK OF NEW RICHLAND
103 BROADWAY AVE N
NEW RICHLAND MN 56072


STEELE COUNTY
630 FLORENCE AVE
OWATONNA MN 55060


SUZANN SKAAR
19201 820TH AVE
HAYWARD MN 56043


SYNCHRONY BANK -PAYPAL
ATTN BANKRUPTCY DEPT
PO BOX 71783
PHILADELPHIA PA 19176-1783

TARGET CARD SERVICES
PO BOX 660170
DALLAS TX 75266


TIM LEWER
11913 S WILTON RIVER RD
NEW RICHLAND MN 56072


TODD TRAYNOR
101 N TEAL ST
JANESVILLE MN 56048


TOM DONKERS
24310 GATES AVE
FARIBAULT MN 55021


TRAVIS BEAUPRE
15760 ACORN TRAIL
FARIBAULT MN 55021


WAYNE O'CONNOR
24892 DALTON AVE
COURTLAND MN 56021


WEB BANK
PO BOX 4337
CAROL STREAM IL 60197-4337