**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| In re:<br><br>Daniel Howard Petsinger and<br>Carrie Ann Petsinger,<br><br>Debtors. | Case No. 26-31830<br>Chapter 7 |

---

**MOTION FOR APPROVAL OF SETTLEMENT AND SALE**

---

TO: The debtors and other entities specified in the applicable Federal Rules of Bankruptcy Procedure.

1. Mary Sieling, the chapter 7 trustee for the debtors' estate, moves the court for the relief requested below.

2. Any response to this motion must be filed and served not later than August 14, 2026. If a response is timely filed, a hearing will be scheduled by the trustee with notice of the hearing by the trustee to the responding party and the United States Trustee. **UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE RELIEF REQUESTED WITHOUT A HEARING.**

3. This court has jurisdiction over this motion under 28 U.S.C. §§ 157 and 1334, Fed. R. Bankr. P. 5005 and Local Rule 1070-1. This is a core proceeding. The petition commencing this chapter 7 case was filed on June 1, 2026. The case is now pending before this court.

4. This motion arises under Fed. R. Bankr. P. 9019 and Local Rule 9019-1. This motion is filed under Fed. R. Bankr P. 9013 and 9014. The trustee requests approval of the settlement as set forth below.

5. The following is a summary of the dispute and the terms of the proposed settlement:

Mr. Petsinger has a personal injury claim related to a vehicle accident. The Debtor received an offer of $250,000.00 to settle the claim. From the gross settlement proceeds, the following will be paid:

- $83,333.33 to the debtor's personal injury attorney, Nicollet Law
- $65,073.86 to Blus Cross Blue Shield of Minnesota on its subrogation claim

The net proceeds of $101,592.81 will be split with $20,000.00 paid to the bankruptcy estate and $81,592.81 paid to the debtor as exempt personal injury proceeds under Minn. Stat. § 550.37 subd 22.

The Debtors will use some of their portion of the personal injury proceeds to buy the following estate property:

- $1,500.00 for the 2003 Honda Motorcycle, VIN JH2PC370531003672
- $6,700.00 for the John Deere Gator 590i.

6. The trustee believes the settlement is in the best interest of creditors and based on the recommendation of the Debtor's personal injury attorney. The costs of litigation could offset any recovery to the estate. The trustee also believes the sale of the assets to the debtors is in the best interest of the estate and the sale prices represent fair value.

**WHEREFORE**, the trustee moves the court for an order approving the settlement and for such other and further relief as is just and equitable.

Dated: July 24, 2026

**SIELING LAW, PLLC**

*s/Mary Sieling*
Mary Sieling (#0389893)
PO Box 1116
Minnetonka, MN 55345
Phone: (612) 325-1191
Email: mary@sielinglaw.com

*Attorney for the Chapter 7 Trustee*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

In re: Daniel Howard Petsinger and
Carrie Ann Petsinger,

Debtors.

Case No. 26-31830
Chapter 7

# ORDER

This case is before the court on the trustee's motion for an order approving the settlement between the trustee and the debtors. Based upon the motion and records,

IT IS ORDERED: The settlement is approved.

Dated:

________________________
Mychal A. Bruggeman
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE:

DANIEL HOWARD PETSINGER
CARRIE ANN PETSINGER

CASE NO: 26-31830

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 7

On 7/24/2026, I did cause a copy of the following documents, described below,

Motion for Approval of Settlement and Sale

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/24/2026

/s/ Mary Sieling
Mary Sieling 0389893

Sieling Law, PLLC
12800 Whitewater Dr
Minnetonka, MN 55343
612-325-1191
mary@sielinglaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE:

DANIEL HOWARD PETSINGER
CARRIE ANN PETSINGER

CASE NO: 26-31830

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 7

On 7/24/2026, a copy of the following documents, described below,

Motion for Approval of Settlement and Sale

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/24/2026

Victoria Blake

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Mary Sieling
Sieling Law, PLLC
12800 Whitewater Dr
Minnetonka, MN 55343

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 26-31830
DISTRICT OF MINNESOTA
FRI JUL 24 7-53-56 PST 2026

GRAFE AUCTION CO
PO BOX 338
STEWARTVILLE MN 55976-0338

IPFS CORPORATION
1055 BROADWAY 11TH FLOOR
KANSAS CITY MO 64105-2289

~~EXCLUDE~~

~~ST PAUL~~
~~200 WARREN E BURGER FEDERAL BUILDING~~
~~AND US COURTHOUSE~~
~~316 N ROBERT ST~~
~~ST PAUL MN 55101-1495~~

AL MANSEY
37491 COUNTY RD 15
SAINT PETER MN 56082-4023

ALLINA HEALTH
ATTN BILLING
PO BOX 43 MAIL ROUTE 10807
MINNEAPOLIS MN 55440-0043

ALLY AUTO
PO BOX 380901
BLOOMINGTON MN 55438-0901

ALYSSA MATT BECKMAN
14541 420TH AVE
WASECA MN 56093-1413

AMERICAN EXPRESS
PO BOX 96001
LOS ANGELES CA 90096-8000

AMERICAN FAMILY INSURANCE
6000 AMERICAN PARKWAY
MADISON WI 53783-0002

AMERICAN TOWER CORP
29637 NETWORK PLACE
CHICAGO IL 60673-1296

ANDREW SAMMON
2625 230TH ST W
FARIBAULT MN 55021-8409

ADAM OBRIEN
6500 310TH AVE
WASECA MN 56093-5408

ADAM SPIES
31661 145TH ST
WASECA MN 56093-5609

ADAM STEINHAUS
57076 153RD ST
GOOD THUNDER MN 56037-2215

AL AND LORI GARBERLYSNE
7703 SE 118TH ST
BLOOMING PRAIRIE MN 55917

ALAN FRABONI
16818 OLD HIGHWAY 14
WASECA MN 56093-4698

ALAN AND JUDY SCHAEFER
5750 83RD ST SE
BLOOMING PRAIRIE MN 55917-5951

ALBERT RYSAVY
1012 SE 108TH ST
OWATONNA MN 55060-5251

ALEX AND ANDREA MOEN
29133 180TH ST
ELLENDALE MN 56026-5700

ALLAN SHARON JAHR
29448 00TH ST
PEMBERTON MN 56078

ALLEN ANDERSON
5950 SE 158TH ST
BLOOMING PRAIRIE MN 55917-7964

ALLISON LUDEMAN
6811 SW 81ST ST
ELLENDALE MN 56026-2131

ALLYSSA LEVY
4103 SE 88TH ST
OWATONNA MN 55060-6544

AMY JOSH BAKER
28451 440TH ST
CLEVELAND MN 56017-4431

AMY KRAUTKREMER
39622 REEDS LAKE ROAD
WASECA MN 56093-4115

AMY KREMMIN
8255 SW 18TH ST
OWATONNA MN 55060-4891

ANDREW AND HAILEY FORT
18171 625TH ST
DODGE CENTER MN 55927-7800

ANDY HOLICKY
17871 RIDGE RD
WATERVILLE MN 56096-4142

ANDY SCHMIDT
43358 BLUE GRASS RD
LE CENTER MN 56057-4053

ANGELA SAMMON
4523 NW 86TH ST
FARIBAULT MN 55021-8485

ANGIE AND NORM JOHNSON
13781 420TH AVE
WASECA MN 56093-1412

ANTHONY (TONY) WENCL
4979 NW 66TH ST
MEDFORD MN 55049-8087

ART BYRON
8560 340TH AVE
WASECA MN 56093-4916

B B WOLF FARMS INC
70620 130TH AVE
BLOOMING PRAIRIE MN 55917-7017

BMB CONSTRUCTION INC
57225 158TH ST
GOOD THUNDER MN 56037-3086

BIG STONE THERAPIES INC OWATONNA
500 CROSS STREET
BIG STONE CITY SD 57216-8237

BLUECROSS BLUESHIELD MINNESOTA
PO BOX 64560
SAINT PAUL MN 55164-0560

BOB HEERS
5929 NE 36TH STREET
OWATONNA MN 55060-6127

BRAD SHEELY
61429 265TH STREET
BROWNSDALE MN 55918-8077

BRAD STENZEL
20820 MATAWAN AVE
NEW RICHLAND MN 56072-3325

BUD (CHRISTOPHER OLSON
7911 SW 88TH ST
ELLENDALE MN 56026-2173

BARB MADER
16759 CRAM LANE
WATERVILLE MN 56096-4180

BEAU BOERNER
14433 240TH AVE
NEW RICHLAND MN 56072-2908

BECKY AND BILLY MUDGETT
22619 180TH ST
NEW RICHLAND MN 56072-3610

BEN HEBL
28718 525TH AVE
AUSTIN MN 55912-5736

BEN PETERSON
31135 US HWY 218
BLOOMING PRAIRIE MN 55917-7993

BENJAMIN SCHOENROCK
9049 270TH AVE
NEW RICHLAND MN 56072-5907

BERT AND STEPH TESCH
4422 270TH AVE
WALDORF MN 56091-2402

BETHANY REYANT
10249 555TH ST
WEST CONCORD MN 55985-4043

BILL NICOLE NECHANICKY
3326 82ND AVE SW
OWATONNA MN 55060-4888

BILL CONWAY
34299 75TH ST
WASECA MN 56093-4902

BILL MILLER
38076 100TH ST
WASECA MN 56093-4100

BILL SCHULTZ
24330 CATES AVE
FARIBAULT MN 55021-5545

BLOOMING PRAIRIE COUNTRY CLUB
PO BOX 788
BLOOMING PRAIRIE MN 55917-0788

BOB PRIEBE
11271 340TH AVE
WASECA MN 56093-5014

BOBBY JO KENNEDY HOLLY HOFFER
53419 210TH AVE
WEST CONCORD MN 55985-6014

BRAD JOHNSON
29381 155TH ST
WASECA MN 56093-5700

BRAD MONTGOMERY
18740 535TH ST
WEST CONCORD MN 55985-4648

BRENDA AHLMAN
7520 NW 52ND AVE
MEDFORD MN 55049-8070

BRENDA THOMPSON
89785 STATE HWY 251
AUSTIN MN 55912-5774

BRENDA AND CHAD DOMONOSKE
46450 211TH AVE
WATERVILLE MN 56096-4368

BRIAN MARIAH ROEMHILDT
39091 90TH ST
JANESVILLE MN 56048-1814

BRIAN ANDERSON
4701 COUNTY RD 45
OWATONNA MN 55060-5131

BRIAN BRECK
14736 383RD AVE
WASECA MN 56093-4208

BRIAN HANSON
26193 770 AVE
GRAND MEADOW MN 55936-8627

BRIAN SORENSON
23614 890TH AVE
AUSTIN MN 55912-7350

BRIDGET KENNEDY
53523 210TH AVE
WEST CONCORD MN 55985-6015

BRITT AND DARREN SCHULTZ
11400 SE 34TH AVE
BLOOMING PRAIRIE MN 55917-5971

BRITTANY BURNS JIRELE
723 88TH ST
OWATONNA MN 55060-5256

BRUCE LYNN STRUNK
28188 70TH ST
WASECA MN 56093-5801

BRUCE NEDRA STROUF
87130 190TH ST
ALBERT LEA MN 56007-7648

BRUCE QUAST
6581 300TH AVE
WASECA MN 56093-5407

BYRON PROPERTIES
9639 210TH AVE
NEW RICHLAND MN 56072-3406

CAPITAL ONE MENARDS
PO BOX 60506
CITY OF INDUSTRY CA 91716-0506

CAPITAL ONE BANK NA KOHLS
BANKRUPTCY CORRESPONDENCE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

CHASE FREEDOM
1111 POLARIS PARKWAY
COLUMBUS OH 43240-2031

CHRIS SCHENK
59610 172ND ST
MANKATO MN 56001

CHRISTOPHER HALIE OLSON
833 S 5TH ST
ALBION NE 68620-1505

CHRISTOPHER JAEGER
58695 113TH ST
MAPLETON MN 56065-5727

CITY OF ELLENDALE
ATTN CITY ATTORNEY
106 SIXTH AVE W PO BOX 385
ELLENDALE MN 56026-0385

CITY OF GENEVA
PO BOX 235
GENEVA MN 56035-0235

CITY OF NEW RICHLAND
203 N BROADWAY
PO BOX 57
NEW RICHLAND MN 56072-0057

CITY OF WALDORF
119 MAIN STREET SOUTH
WALDORF MN 56091

CONSOLIDATED COMMUNICATIONS
221 E HICKORY ST
MANKATO MN 56001-3610

CONSOLIDATED COMMUNICATIONS
PO BOX 66523
SAINT LOUIS MO 63166-6523

COUNTY OF WASECA
307 N STATE STREET
WASECA MN 56093-2947

CAROL MUELLER
1720 SW 92ND AVE
OWATONNA MN 55060-4880

CAROL PROKOPEC
2467 SE 118TH ST
BLOOMING PRAIRIE MN 55917-5817

CAROL AND CHARLIE ANDERSON
4423 SW 82ND AVE
OWATONNA MN 55060-5019

CAROLYN STURSA
4853 E FRONTAGE RD
OWATONNA MN 55060-6191

CARRIE MENK
11301 230TH ST E
KENYON MN 55946-2011

CASSEY AND NATALIE ROEKER
8757 240TH AVE
NEW RICHLAND MN 56072-2701

CATIE HALE
318 NORTH STREET E
WALDORF MN 56091

CENTRAL FARM SERVICES
PO BOX 68
TRUMAN MN 56088-0068

CHARLENE WEGENER
7351 SW 22ND AVE
OWATONNA MN 55060-5177

CHARLES MALECHA
33613 760TH AVE
ELLENDALE MN 56026-4260

CHARLIE PENCE
3527 SW 22ND AVE
OWATONNA MN 55060-5325

CHERYL RALPH DOBBERSTEIN
7398 250TH AVE
NEW RICHLAND MN 56072-2703

CHERYL HARLICKER
PO BOX 56
HOPE MN 56046-0056

CHERYL ROEKER
27917 50TH ST
JANESVILLE MN 56048-2406

CHRIS TROY SCHUE
24638 120TH ST
NEW RICHLAND MN 56072-2808

CHRIS SLATER
5931 SW 8TH ST
OWATONNA MN 55060-4851

CHRIS STAUB
14375 565TH ST
WEST CONCORD MN 55985-4023

CINDY BOERNER
7248 CRANE CREEK RD
OWATONNA MN 55060-5096

CINDY JOHNSON
4622 NE 24TH AVE
OWATONNA MN 55060-6166

CINDY LEWER
32566 150TH ST
WASECA MN 56093-5114

CINDY VAITH
1605 SW 48TH ST
OWATONNA MN 55060-5167

CINDY WILSON
5096 SE 14TH AVE
OWATONNA MN 55060-5170

CLINT SELVIK
39695 158TH ST
WASECA MN 56093-4300

CLINTON FALLS TOWNSHIP
4622 NE 24TH AVE
OWATONNA MN 55060-6166

CODY LISOWSKI
14500 COUNTY RD 45 S
ELLENDALE MN 56026-2052

CONNIE AND RICK HOEHN
35518 50TH ST
JANESVILLE MN 56048-2012

COREY HOPPE
17188 592ND AVE
MANKATO MN 56001-7857

CORY MEGAN ZIEGLER
59701 120TH AVE
CLAREMONT MN 55924-4425

CORY AND LAURA MILLER
7868 SE 103RD ST
BLOOMING PRAIRIE MN 55917-7047

COTTER REPAIR
51358 195TH ST
AUSTIN MN 55912-6165

COUNTRYSIDE REPAIR
24713 440TH ST
LE CENTER MN 56057-4051

COURTNEY MISLINSKI
3640 NE 34TH AVE
OWATONNA MN 55060-6147

CRAIG YOUNGBERG
16631 368TH AVE
WASECA MN 56093-4710

CURT AMY JOHNSON
7302 SW 89TH AVE
ELLENDALE MN 56026-2144

CURT BECKY STENZEL
21711 65TH ST
NEW RICHLAND MN 56072-3306

D L SPECIALITIES H DAVE SCHMIDTKE
MATT TONN
3283 175TH ST
LESTER PRAIRIE MN 55354-7958

DAVE NAGEL DEPARTMENT OF TRANS
FINANCIAL OPERATIONS MS 215
395 JOHN IRELAND BLVD
SAINT PAUL MN 55155-1800

DEANNA KUHNS
20502 WEST WILTON RIVER RD
WASECA MN 56093

DOERHOEFER MINER ANDRIST ARNDT PA
314 EAST MAIN STREET
BLOOMING PRAIRIE MN 55917-1264

DON BYRON DEL FARS
8657 430TH AVE
WASECA MN 56093

DONNA JEAN EBENHOH
59423 105TH AVE
CLAREMONT MN 55924-4434

DALE UNDERWOOD TRUST
71829 120TH AVE
BLOOMING PRAIRIE MN 55917-6988

DALE AND KATHLEEN SELLNER
6443 SW 22ND AVE
OWATONNA MN 55060-5164

DAN SHERRI HRDLICHKA
42471 150TH ST
WASECA MN 56093-1404

DAN KUHNS
29200 W WILTON RIVER RD
WASECA MN 56093-5522

DAN MINER
8342 HWY 30 E
BLOOMING PRAIRIE MN 55917-7900

DAN RINK
2251 CLINTON FALLS ROAD
OWATONNA MN 55060-6189

DAN AND CHERYL SODEMAN
19778 618TH AVE
JANESVILLE MN 56048-4110

DAN AND DEBRA ROEMHILDT
7753 403RD AVE
JANESVILLE MN 56048-1804

DANIEL  JENNIFER BULFER
39621 150TH ST
WASECA MN 56093-4205

DANIEL BRUZEK
10177 SW 82ND AVE
ELLENDALE MN 56026-2178

DANIEL DUNN
5599 DANE RD
OWATONNA MN 55060-6289

DANIEL SCHILTZ
5450 LEMOND RD
OWATONNA MN 55060-5035

DARRELL DOHRMANN
15782 595TH ST
CLAREMONT MN 55924-4454

DARRELL HALLA
5391 NE 64TH AVE
OWATONNA MN 55060-6156

DARYL JOHNSON
5860 SW 73RD AVE
OWATONNA MN 55060-5030

DAVE LEWER
1171 SW 92ND AVE
OWATONNA MN 55060-4877

DAVID BUCK
7667 SW 48TH ST
OWATONNA MN 55060-4987

DAVID GLAMM
18593 623RD AVE
JANESVILLE MN 56048-4019

DAVID MUSCARELLA
12512 575TH ST
WEST CONCORD MN 55985-6097

DAVID REUL
4428 LEMOND RD
OWATONNA MN 55060-5042

DAVID ROUTH
15753 250TH AVE
NEW RICHLAND MN 56072-3018

DAVID ZIMMERMAN
44377 BLUE GRASS ROAD
LE CENTER MN 56057-4048

DAVID AND CHERYL WINEGAR
34160 STATE HWY 13
WASECA MN 56093-2257

DAVID AND JENNIE BUNN
31357 STATE HWY 13
HARTLAND MN 56042-4005

DAWN SASSER
6223 SW 102 AVE
ELLENDALE MN 56026-2206

DAWN SCHWARTZ
17140 295TH AVE
WASECA MN 56093-5713

DEAN AND HARRIET ULLAND
50345 290TH ST
AUSTIN MN 55912-5742

DEB  KARL BUSCHO
4373 NW 102ND AVE
WASECA MN 56093-6271

DEB HOEHN
37583 110TH ST
WASECA MN 56093-4506

DEB MURRY
455 N PARK AVE
LE CENTER MN 56057-1405

DEBBIE AND MIKE ZIMMERMAN
45305 RICE LAKE RD
LE CENTER MN 56057-4043

DEBRA LAMONT
49792 193RD AVE
WATERVILLE MN 56096-4132

DEE DELANEY
75696 315TH ST
ELLENDALE MN 56026-4235

DENNIS BARTZ
36301 170TH ST
WASECA MN 56093-4704

DENNIS DEML
11432 SW 32ND AVE
ELLENDALE MN 56026-2027

DENNIS EBELING
3499 S COUNTY RD 45
OWATONNA MN 55060-5123

DENNIS SISLER
2349 SE 118TH ST
BLOOMING PRAIRIE MN 55917-5816

DENNIS AND BECKY KELM
1320 SW 58TH ST
OWATONNA MN 55060-5223

DENNIS AND GINNY ROESLER
13040 275TH AVE
NEW RICHLAND MN 56072-6010

DEVON LYNCH
2212 330TH AVE
JANESVILLE MN 56048-2123

DIANE STENZEL
11203 STATE HWY 30
NEW RICHLAND MN 56072-3416

DIANE WALTZ
30499 COUNTY RD 45
ELLENDALE MN 56026-4314

DON BORCHERT
8327 SW 88TH ST
ELLENDALE MN 56026-2172

DON OLSON
4112 330TH AVE
WASECA MN 56093-4807

DONALD JUNE FISHER
8820 SE 34TH AVE
OWATONNA MN 55060-6545

DONALD BEHRNS
27573 60TH ST
WALDORF MN 56091-5802

DONALD KLUENDER
274 300TH AVE
PEMBERTON MN 56078-2214

DONALD AND LORI TOMSCHE
22442 STATE HWY 13
NEW RICHLAND MN 56072-3623

DONECA NIKKI MERFELD RUBLE
24737 885TH AVE
AUSTIN MN 55912-7347

DONNA DAY
4647 270TH AVE
WALDORF MN 56091-2407

DONNA HAGERTY
8688 360TH AVE
WASECA MN 56093-4407

DONNA NELSON
57268 158TH ST
GOOD THUNDER MN 56037-3086

DORIE MEYERS
17668 610TH ST
DODGE CENTER MN 55927-7964

DOROTHY TOLLEFSON
PO BOX 304
NEW RICHLAND MN 56072-0304

DOUG SCHLUETER
6100 210TH ST W
FARIBAULT MN 55021-7576

DOUG SCHOLLJEGERDES
32822 150TH ST
WASECA MN 56093-5115

DOUG STORY
11395 KENYON BLVD
KENYON MN 55946-2056

DOUGLAS KRENIK
45563 285TH AVE
CLEVELAND MN 56017-4426

DUANE MILLER
24380 110TH ST
NEW RICHLAND MN 56072-2804

DUANE SWENSON
17457 295TH AVE
WASECA MN 56093-5713

ERIC LEE
27503 670TH AVE
DEXTER MN 55926-7277

ERIK JACOBSON
24251 180TH STREET
NEW RICHLAND MN 56072-3011

EDIE KRAUSE
8130 350TH AVE
WASECA MN 56093-4919

EILEEN RICHARD WOOD
35277 145TH ST
WASECA MN 56093-5113

EILEENE LARSON
7353 NW 27TH ST
OWATONNA MN 55060-1084

ELIOSE JOHNSON
7464 SW 82ND AVE
OWATONNA MN 55060-5027

ELIZABETH RIPLEY
55856 STATE HWY 57
WEST CONCORD MN 55985-6002

ELLA LYNCH
14962 620TH AVE
MAPLETON MN 56065-2231

ELLEN RICHARD CHICOS
22065 110TH ST
NEW RICHLAND MN 56072-3403

EMMA AND DUSTIN VIKTORA
23807 865TH AVE
OAKLAND MN 56007-7611

ERNEST SIEBERG
22235 612 LANE
MADISON LAKE MN 56063-4218

EUGENE GEHRKE
17794 482ND LANE
WATERVILLE MN 56096-4110

EUGENE AND MARY SCHEFFERT
26589 PARK ROAD
ST CHARLES MN 55972-4049

EVONNE WEGNER
1381 W 250TH ST
FARIBAULT MN 55021-8415

FIRST PREMIER BANK
PO BOX 5519
SIOUX FALLS SD 57117-5519

FIRST PREMIER BANK
PO BOX 5524
SIOUX FALLS SD 57117-5524

FURNITURE MART USA CORPORATE
140 E HINKS LN
SIOUX FALLS SD 57104-0465

FIRST IMPRESSIONS
129 BROADWAY AVE S
NEW RICHLAND MN 56072

FOREST HASTY
59598 153RD ST
MAPLETON MN 56065-5660

FRANK CARLSON
17244 338TH AVE
WASECA MN 56093-5214

GERRY BADE
61978 200TH ST
JANESVILLE MN 56048-4108

GALEN BERG
88500 225TH ST
OAKLAND MN 56007-7671

GARY JOHNSON (25050 CREDIT ON FILE)
1031 SHADY OAK DRIVE
NORTH MANKATO MN 56003-3436

GARY LURKEN
61346 130TH AVE
CLAREMONT MN 55924-4419

GARY PEACH
46124 CANNON RIVER ROAD
WATERVILLE MN 56096-4312

GARY ROEMHILDT
615 340TH AVE
JANESVILLE MN 56048-2125

GARY AND DOROTHY MEYER
30310 580TH AVE
WALTHAM MN 55982-7626

GENE AND DIANE MCSHANE
5133 SW 102ND AVE
WASECA MN 56093-5718

GERALD SIEMERS
65504 290TH ST
DEXTER MN 55926-7154

GERALD AND MARILYN MEIXNER
6217 SW 43RD AVE
OWATONNA MN 55060-5293

GINI GEKELER
29675 145TH ST
WASECA MN 56093-5606

GLEN PRECHEL
32905 150TH ST
WASECA MN 56093-5115

GLENN FRAZE
26118 480TH ST
MADISON LAKE MN 56063-4188

GLORIA COULTIER
3170 SW 81ST ST
OWATONNA MN 55060-5276

GORDON DONNA HANSON
23326 80TH ST
NEW RICHLAND MN 56072-2707

GRANT QUAM
891 SE 44TH AVE
OWATONNA MN 55060-3687

GRANT ROLLINS
1459 310TH AVE
PEMBERTON MN 56078-2222

GREG HOLST
31330 W WILTON RIVER RD
WASECA MN 56093-5525

GREG AND AMANDA BORN
6601 340TH AVE
WASECA MN 56093-4915

GREG AND DONNA MOE
27564 160TH ST
NEW RICHLAND MN 56072-6102

HILTON GRAND VACATIONS
1450 CENTER CROSSING RD
LAS VEGAS NV 89144-6836

HILTON GRAND VACATIONS
PO BOX 402705
ATLANTA GA 30384-2705

HINSHAW CULBERTSON LLP
333 SOUTH 7TH ST STE 2000
MINNEAPOLIS MN 55402-2431

HOMETOWN CREDIT UNION
2400 WEST BRIDGE ST
OWATONNA MN 55060-5000

HARMONY PARK
79503 298TH ST
CLARKS GROVE MN 56016-4110

HERBERG AUCTION SERVICE
38836 STATE HWY 22
SAINT PETER MN 56082-4421

HILARY UNDERWOOD
7701 SW 62ND AVE
OWATONNA MN 55060-5285

HOLLY AND ADAM ARNDT
3639 SE 34TH AVE
OWATONNA MN 55060-3783

HOLY TRINITY CHURCH LITOMYSL
9946 SE 24TH AVE
OWATONNA MN 55060-5237

INTUIT CORPORATE HEADQUARTERS
2700 COAST AVE
MOUNTAIN VIEW CA 94043-1140

~~EXCLUDE~~
~~(D)IPFS CORPORATION~~
~~1055 BROADWAY 11TH FLOOR~~
~~KANSAS CITY MO 64105-2209~~

IPFS CORPORATION
PO BOX 412086
KANSAS CITY MO 64141-2086

IRS
PO BOX 7346
PHILADELPHIA PA 19101-7346

IVERSON REUVERS
ATTN CAROLS SOTOQUEZADA
9321 ENSIGN AVE S
BLOOMINGTON MN 55438-1456

J D GREEN LLC
15400 SE 54TH AVE
BLOOMING PRAIRIE MN 55917-7923

JAGUAR COMMUNICATIONS LLC
2780 SNELLING AVE N STE 101
ROSEVILLE MN 55113-7115

JASON GILLIS
5784 MW 769TH ST
MEDFORD MN 55049

JEFF HUELSNITZ
39510 REEDS LAKE RD
WASECA MN 56093-4115

JERRY COUGHLIN ROSALYNE TEMPELMAN
85309 340TH STREET
BLOOMING PRAIRIE MN 55917-8001

JIM BALFE
43573 141ST AVE
KILKENNY MN 56052-4235

JIM PUREERST
7803 240TH ST E
FARIBAULT MN 55021-8315

(P)DEERE CREDIT SERVICES INC
ATTN LITIGATION RECOVERY DEPARTMENT
PO BOX 6600
JOHNSTON IA 50131-6600

JOHN ERNST
18731 EILER AVE
FARIBAULT MN 55021-8071

JON GUENTZEL
32128 490TH STREET
KASOTA MN 56050-4231

JACKIE KANNE
16154 250TH AVE
NEW RICHLAND MN 56072-3019

JACKIE MOEN
17476 250TH AVE
NEW RICHLAND MN 56072-3020

JACOB GRAY
71056 140TH AVE
BLOOMING PRAIRIE MN 55917-7005

JACOB SCHREADER
13982 631ST AVE
MAPLETON MN 56065-2239

JAKE STANDKE
8009 SE 24TH AVE
OWATONNA MN 55060-6550

JAMES BATTEN
6328 SE 89TH AVE
CLAREMONT MN 55924-4553

JAMES CLARK
12322 530TH ST
WEST CONCORD MN 55985-4671

JAMES KRAUSE
31073 35TH ST
JANESVILLE MN 56048-5506

JAMES LUECK
20249 620TH AVE
EAGLE LAKE MN 56024-4444

JAMES PRINCE
403 BAER CIRCLE
PEMBERTON MN 56078-2231

JAMES SKALICKY
6903 SE 14TH AVE
OWATONNA MN 55060-5262

JAMIE PEACH
46464 177TH LANE
WATERVILLE MN 56096-4423

JANDRO TRANSFER
9542 230TH ST E
FARIBAULT MN 55021-8308

JANE ROBERT LAU
17178 627TH LANE
PEMBERTON MN 56078-2109

JANE JEWELL
26646 615TH AVE
BROWNSDALE MN 55918-8033

JANE AND BRAD MOECKLY
3058 NE 69TH ST
MEDFORD MN 55049-8039

JANET RUDOLPH
13761 290TH AVE
WASECA MN 56093-5611

JANICE BULLERT
4479 SE 44TH AVE
OWATONNA MN 55060-6504

JASON WENCL
5551 COUNTY RD 45 S
OWATONNA MN 55060-5136

JASON WESTERGAARD
85842 190TH ST
OAKLAND MN 56007-7644

JEANNIE AND GREGG ROLLINS
30539 10TH ST
PEMBERTON MN 56078-2202

JEFF CLARINE
21644 EVANS TRAIL
FARIBAULT MN 55021-8104

JEFF HEIL
6277 SE 28TH ST
CLAREMONT MN 55924-4508

JEFF REESE
17041 STATE HWY 30
NEW RICHLAND MN 56072-3619

JEN GROTHEM
7856 COUNTY RD 3
OWATONNA MN 55060-5268

JEN MCSHANE
9984 SW 48TH ST
WASECA MN 56093-6202

JENNA SAMMON
4273 86TH ST NW
MEDFORD MN 55049-8140

JENNELLE OLSON
7806 SW 108TH ST
ELLENDALE MN 56026-2181

JENNIEO TURKEY STORE
PO BOX 185
ALTURA MN 55910-0185

JEREMY CHILSON
17551 595TH ST
DODGE CENTER MN 55927-7929

JEREMY GAUTHIER
8157 SE 34TH AVE
OWATONNA MN 55060-6542

JEREMY MORAN
6147 SW 73RD AVE
OWATONNA MN 55060-5058

JEROME CAROL JOHNSON
61619 200TH ST
EAGLE LAKE MN 56024-4440

JESSE ROEMHILDT
40419 90TH ST
JANESVILLE MN 56048-1815

JESSICA BLUHM
7806 250TH AVE
NEW RICHLAND MN 56072-2703

JESSICA NEEB
5700 SW 81ST ST
OWATONNA MN 55060-5341

JILL COURTNEY
5740 293RD AVE
JANESVILLE MN 56048-5501

JIM LYNETTE MEYER
24521 440TH ST
LE CENTER MN 56057-4199

JIM EBBENGA
PO BOX 31
WALDORF MN 56091-0031

JOAN MARK MCDONALD
82445 320TH ST
ELLENDALE MN 56026-4273

JOAN BURNS
36994 73RD ST
JANESVILLE MN 56048-4410

JODI KRUESEL
4143 SW 82ND AVE
OWATONNA MN 55060-5019

JOE BUTLER
79006 310TH ST
ELLENDALE MN 56026-4313

JOE GROH
3729 398TH AVE
JANESVILLE MN 56048-1703

JOEL GROSKREUTZ
403 S MAIN ST
WALDORF MN 56091-4402

JOEL LANGWORTHY
20434 585TH ST
DODGE CENTER MN 55927-7910

JOEL WEBER
33731 170TH ST
WASECA MN 56093-5204

JOHN EILEEN LOOSE
6347 SW 73RD AVE
OWATONNA MN 55060-5029

JOHN PAM BOWE
5097 SE 18TH ST
OWATONNA MN 55060-3795

JOHN BENTLY
11153 S WILTON RIVER RD
NEW RICHLAND MN 56072-5911

JOHN DEYO
90528 205TH ST
AUSTIN MN 55912-6259

JOHN MASBERG
45974 STATE HWY 13
KILKENNY MN 56052-4154

JOHN PEMBLE
62429 195TH ST
JANESVILLE MN 56048-4177

JOHN PENKAVA
89953 260TH ST
AUSTIN MN 55912-6383

JOHN ROHWER
9157 ROSE ST
OWATONNA MN 55060-6115

JOHN SCHEIL
26425 COE AVE
FARIBAULT MN 55021-8269

JOHN TISCHER
32317 145TH ST
WASECA MN 56093-5109

JOHNSON CONSTRUCTION TREE SERVICE
29763 900TH AVE
AUSTIN MN 55912-7326

JON PILTINGSRUD
12346 220TH AVE
NEW RICHLAND MN 56072-3515

JON SCHABERT
31800 421ST LANE
SAINT PETER MN 56082-4196

JON SCHMIDT
6124 SW 8TH ST
OWATONNA MN 55060-4850

JONATHAN GUENTZEL
32852 490TH ST
KASOTA MN 56050-4233

JOSH BUCK
3108 SE 14TH AVE
OWATONNA MN 55060-6561

JOYCE MATTHIES
67408 335TH ST
NEW RICHLAND MN 56072-1739

JUDITH MEIXNER
5051 NW 50TH ST
MEDFORD MN 55049-8094

JUDY AND DON DOMONOSKE
45848 RICE LAKE RD
WATERVILLE MN 56096-4274

JULIA WICHMANN
PO BOX 398
ELLENDALE MN 56026-0398

JULIE ESPIE
17293 237TH AVE
NEW RICHLAND MN 56072-3013

JULIE AND DAVID BOSACKER
38113 261ST AVE
LE SUEUR MN 56058-4139

JUSTIN AND MEGAN MOORE
653 300TH AVE
PEMBERTON MN 56078-2216

KIM HALVORSON
7676 W FRONTAGE RD
MEDFORD MN 55049

KTS EXPRESS INC
33246 STATE HWY 13
WASECA MN 56093-5130

KAREN GIBBS
42599 HARIMAN LAKE LANE
LE CENTER MN 56057-4340

KARI GEHRING
32855 150TH ST
WASECA MN 56093-5115

KATHRYN LANG
18764 620TH AVE
JANESVILLE MN 56048-4168

KATHY GUSE
33684 100TH ST
WASECA MN 56093-5002

KATIE KEITH KRAUSE
12516 290TH AVE
WASECA MN 56093-5610

KATIE NICK DUMDEI
62777 151ST ST
MAPLETON MN 56065-2279

KAY CRAM
16738 CRAM LANE
WATERVILLE MN 56096-4180

KEITH AND JOLENE DODGE
15750 44TH AVE SE
BLOOMING PRAIRIE MN 55917-7926

KELLY SCHLAAK
PO BOX 461
NEW RICHLAND MN 56072-0461

KELSEY AND TYLER PEDERSON
82137 340TH ST
ELLENDALE MN 56026-4303

KEN DINSE
8251 SW 8TH ST
OWATONNA MN 55060-4869

KEN FISHER
6118 14TH AVE SE
OWATONNA MN 55060-5189

KEN GLEASON
4411 COUNTY ROAD 45 SOUTH
OWATONNA MN 55060-5128

KEN MACHT
4495 N COUNTY RD 45
OWATONNA MN 55060-6185

KERRI DAN DZIUBAK
506 ASH AVE N
NEW RICHLAND MN 56072-1016

KEVIN KLEMMENSEN (H)
26594 170TH ST
NEW RICHLAND MN 56072-6105

KEVIN MCCABE
26358 DODD RD
CLEVELAND MN 56017-4487

KEVIN QUINLAN
23761 ECHO AVE
FARIBAULT MN 55021-8586

KIM RANDY BUSHO
3100 SE 168TH ST
ELLENDALE MN 56026-3016

KIM GRINNEN
623 BROADWAY ST
HARTLAND MN 56042-9782

KIRSTON JANIKE
1851 360TH AVE
JANESVILLE MN 56048-1914

KLEMMENSEN BROTHERS
26594 170TH ST
NEW RICHLAND MN 56072-6105

KOBIE KATH
8880 SW 48TH ST
OWATONNA MN 55060-5022

KYLE KRUEGER
4457 SW 92ND AVE
WASECA MN 56093-6207

KYLE SKOGLAND
7998 360TH AVE
WASECA MN 56093-4405

L E FARM DRAINAGE LARRY ELLINGSON
55090 200TH AVE
WEST CONCORD MN 55985-5023

LEO DELORIS HOLICKY
35564 229TH AVE
LE CENTER MN 56057-4171

LUCAS ARNDT
4404 SE 44TH AVE
OWATONNA MN 55060

LANAE KILCOYNE
2803 SW 68TH ST
OWATONNA MN 55060-5160

LARRRY WALECHKA
43003 271ST AVE
CLEVELAND MN 56017-4508

LARRY SCHULTZ ORGANIC FARM
7961 LEMOND RD
OWATONNA MN 55060-5025

LAURA AND JAY ROLLINS
28932 10TH ST
PEMBERTON MN 56078-2302

LAURIE HENDRICKSON
27289 145TH ST
NEW RICHLAND MN 56072-6005

LAURIE MEIXNER
16700 320TH AVE
WASECA MN 56093-5210

LAVERNE GROSKREUTZ
4335 210TH AVE
WELLS MN 56097-3206

LAWRENCE AND SHARON CHRISTIANSON
516 MEMORIAL DRIVE SW
BLOOMING PRAIRIE MN 55917-1376

LEAH SCHILLER
11013 COUNTY RD 45 S
OWATONNA MN 55060-5155

LEAH AND CASEY WALTERS
13783 615TH AVE
MAPLETON MN 56065-2224

LELAND JOHNSON
6651 NE 36TH ST
OWATONNA MN 55060-6127

LEN MARQUARDT
28732 38TH ST
JANESVILLE MN 56048-2404

LEON BETH SCHOENROCK
25226 80TH ST
NEW RICHLAND MN 56072-2709

LEON SCHOENROCK
25226 80 ST
25226 80 ST
NEW RICHLAND MN 56072-2709

LEONARD SCHLIEGER
8428 SW 118TH ST
NEW RICHLAND MN 56072-1839

LESLIE ARNDT
5933 158TH ST SE
BLOOMING PRAIRIE MN 55917-7964

LINDA ERDMAN
9250 52ND AVE SW
ELLENDALE MN 56026-2108

LINDA KOSEL
3544 NW52ND AVE
OWATONNA MN 55060

LINDSEY NATHAN SCHLAAK
26406 90TH ST
NEW RICHLAND MN 56072-5805

LINDSEY TIM QUAST
57480 169TH ST
GOOD THUNDER MN 56037-3008

LISA NATHAN WARD
16117 605TH LANE
JANESVILLE MN 56048-4135

LISA PAUL BERG
51259 COUNTY 1 BLVD
KENYON MN 55946-4610

LISA BORCHERT
2190 SW 118TH ST
ELLENDALE MN 56026-2240

LONNA BROITZMAN
76375 320TH ST
ELLENDALE MN 56026-4253

LOREN CHRISTENSON
28036 150TH ST
NEW RICHLAND MN 56072-6008

LORRAINE MUELLER
4533 280TH AVE
JANESVILLE MN 56048-2411

LUANN KRIENKE
31050 50TH ST
JANESVILLE MN 56048-5515

LYNDA AND CHUCK SEILER
53557 120TH AVE
WEST CONCORD MN 55985-4676

LYNDON BRENDA GERDTS
3636 250TH AVE
WALDORF MN 56091-2603

LYNN LEMKE
25395 CABOT AVE
FARIBAULT MN 55021-8265

LYNN MILLER
30904 WEST WILTON RIVER RD
WASECA MN 56093-5523

MARK PFEIFER
7324 SE 41ST AVE
OWATONNA MN 55060-6523

MATT KETTLESON
255 CEDARDALE DRIVE SE
OWATONNA MN 55060-4425

MAYO CLINIC
PO BOX 790339
SAINT LOUIS MO 63179-0339

MICHAEL HANKINS
25742 DODD RD
LE CENTER MN 56057-4344

MIKE GUENTZEL
60374 224TH LANE
MADISON LAKE MN 56063-4241

MIKE TROM
70738 120TH AVE
BLOOMING PRAIRIE MN 55917-7020

MINNESOTA DEPT OF REV
COLLECTION DIVISION
PO BOX 64564
SAINT PAUL MN 55164-0564

(P)MOSS AND BARNETT
150 SOUTH FIFTH STREET
SUITE 1200
MINNEAPOLIS MN 55402-4129

MANDI ELLIOTT
5122 270TH AVE
WALDORF MN 56091-2406

MANDRA CHRIS PETERSON
9812 SW 168TH ST
HARTLAND MN 56042-3605

MANDY AND DUSTIN DOOCY
14204 84TH AVE SE
BLOOMING PRAIRIE MN 55917-5853

MARK ABBY MUNDT
10127 SW 38TH ST
WASECA MN 56093-6233

MARK ANN WILLIAMS
26336 25TH ST
WALDORF MN 56091-2300

MARK GRAIF
5710 SW 22ND AVE
OWATONNA MN 55060-5165

MARK JOHNSON
10143 SW 10TH ST
WASECA MN 56093-6235

MARK LONGENEKER
10143 SW 10TH ST
WASECA MN 56093-6235

MARK NESIUS
10143 SW 10TH ST
WASECA MN 56093-6235

MARK PAULSON
10143 SW 10TH ST
WASECA MN 56093-6235

MARK AND DIANE KOZIOLEK
17998 623RD LN
JANESVILLE MN 56048-4016

MARY ALLEN PENKAVA
51524 270TH ST
AUSTIN MN 55912-5710

MARY ANNE WRAY
17147 DICKENSON LANE
WATERVILLE MN 56096-4105

MARY BETH AND BRIAN SEYKORA
12520 SE 29TH AVE
BLOOMING PRAIRIE MN 55917-5978

MARY JO SCHOENFELD
5811 NW 86TH ST
FARIBAULT MN 55021-8486

MARY AND RICHARD BAKKEN
9483 SW 118TH ST
NEW RICHLAND MN 56072-1873

MATT TAMI WACEK
52996 335TH ST
BLOOMING PRAIRIE MN 55917-8929

MATT DEML
11002 S COUNTY RD 45
OWATONNA MN 55060-5155

MATT LAMPHIER
3802 92ND AVE SW
OWATONNA MN 55060-4886

MATT SOMMERS
6439 310TH AVE
WASECA MN 56093-5408

MCDONOUGH FARMS
15760 ACORN TRAIL
FARIBAULT MN 55021-7610

MEGAN AND JEREMIAH BRAMER
32907 150TH ST
WASECA MN 56093-5115

MERLE WARNER
18976 WESTBAY LN
WATERVILLE MN 56096-4138

MERLYN PROECHEL
14771 295TH AVE
WASECA MN 56093-5614

MICHAEL CHICOS
21967 80TH ST
NEW RICHLAND MN 56072-3316

MICHAEL AND SCHERRY BERG
15323 220TH AVE
NEW RICHLAND MN 56072-3612

MICHELLE JAMES RODNING
43353 381ST AVE
SAINT PETER MN 56082-4080

MICHELLE AND KEVIN BLAHA
6723 NW 26TH ST
OWATONNA MN 55060-1082

MIDWEST REPAIRABLES
334 3RD ST NE
NEW RICHLAND MN 56072-1112

MIKE KAYLA SKALA
1468 118TH ST
BLOOMING PRAIRIE MN 55917-5805

MIKE SUSAN JAEGER
12252 576TH AVE
MAPLETON MN 56065-4523

MIKE ANTHONY
27197 170TH ST
NEW RICHLAND MN 56072-6106

MIKE DINSE
1648 SW 92ND AVE
OWATONNA MN 55060-4880

MIKE GEHLOFF
30301 180TH ST W
ELLENDALE MN 56026-5705

MIKE MARQUARDT
28384 40TH ST
JANESVILLE MN 56048-2405

MIKE PRANGE
POBOX 488
MADISON LAKE MN 56063-0488

MIKE RYSAVY
31219 810TH AVE
ELLENDALE MN 56026-4288

MIKE STEFFENS
31748 110TH ST
WASECA MN 56093-5508

MIKE TAYLOR
90379 260TH ST
AUSTIN MN 55912-6381

MIKE VANPELT
19933 900TH AVE
AUSTIN MN 55912-6254

MIKE ZIMNY
29789 100TH ST
WASECA MN 56093-5502

MIKE AND JULIE MOEN
17270 280TH AVE
NEW RICHLAND MN 56072-6111

MILO DAHLIN
7981 SW 81ST ST
ELLENDALE MN 56026-2139

MILTON WAYNE
32881 790TH AVE
ELLENDALE MN 56026-4241

NEIL SCHLAAK
13342 220TH AVE
NEW RICHLAND MN 56072-3517

NEXUS COOPERATIVE
53872 270TH ST
PO BOX 110
LANSING MN 55950-0110

NEXUS COOPERATIVE
89096 OAKLAND AVE
AUSTIN MN 56007-4777

NOVLE DAIRY FARM LLC
1342 SE 118TH ST
BLOOMING PRAIRIE MN 55917-5807

NAGEL SOD
6200 FRONTAGE RD W
MEDFORD MN 55049-8122

NANCY BREKKE
8898 SW 88TH ST
ELLENDALE MN 56026-2170

NATALIE AND DREW ROEMHILDT
6226 NW 85TH AVE
WASECA MN 56093-6286

NATE HALLA
36652 170TH ST
WASECA MN 56093-4730

NATHAN LARSON
9627 SW 52ND AVE
ELLENDALE MN 56026-2103

NATHAN WAGNER
5763 SW 22ND AVE
OWATONNA MN 55060-5165

NEIL HOLICKY
22447 366TH LN
LE CENTER MN 56057-4165

NICK SKOGEN
62739 160TH AVE
DODGE CENTER MN 55927-7949

NICOLE PREUSS AND ERNIE DEMARS
23396 DALTON AVE
FARIBAULT MN 55021-8426

OCONNOR REPAIR
15880 SE 74TH AVE
BLOOMING PRAIRIE MN 55917-7961

OLSON GRADING
88584 240TH STREET
AUSTIN MN 55912-7357

ORRIE ANTHONY
26889 145TH ST
NEW RICHLAND MN 56072-6004

PAYPALWEBBANK
215 S STATE STREET STE 1000
SALT LAKE CITY UT 84111-2336

PETERSON GRAIN
9116 SW 13TH ST
WASECA MN 56093-6212

PAIGE HOLLAND
15350 SW 82ND AVE
ELLENDALE MN 56026-3046

PAMELA LABS
4918 STATE HWY 30
WALDORF MN 56091-3211

PAT CLARICE DEGROOD
25295 DALTON AVE
FARIBAULT MN 55021-8431

PAT IGNASZEWSKI
4855 SW 133RD ST
ELLENDALE MN 56026-2088

PATRICIA KLECKER
2329 SW 68TH STREET
OWATONNA MN 55060-5159

PATRICK JUDD
19997 LE SUEUR AVE
WATERVILLE MN 56096-1088

PAUL BYRON
11652 340TH AVE
WASECA MN 56093-5014

PAUL DAUK
41995 281ST AVE
LE SUEUR MN 56058-4200

PAUL GARRITY
16068 LAKE AVE
KILKENNY MN 56052-5800

PAUL STEINBERG
6649 SW 38TH ST
OWATONNA MN 55060-4996

PAUL VANPELT
20527 900TH AVE
AUSTIN MN 55912-6256

PAUL AND JULIANA SAMMON
5347 SW 90TH AVE
OWATONNA MN 55060-5023

PAUL AND JULIE RAUSCH
90824 240TH ST
AUSTIN MN 55912-7359

PEGGIY SIEBERG
20395 620TH AVE
EAGLE LAKE MN 56024-4445

PEGGY SIEBERG
20395 620TH AVE
EAGLE LAKE MN 56024-4445

PENNEY ELLIOTT
57241 135TH AVE
WEST CONCORD MN 55985-6095

PETE AND MICHELLE SEXE
42260 TUMBER LN
LE CENTER MN 56057-4341

PETER TERESA SUEK
24892 55TH ST
WALDORF MN 56091-2618

PETER GROH
5580 405TH AVE
JANESVILLE MN 56048-1710

PHIL AND BONNIE MARQUARDT
30000 38TH ST
JANESVILLE MN 56048-5508

PHYLLIS DURYEE
10193 24TH AVE SE
OWATONNA MN 55060-5238

PONTOPPIDAN LUTHERAN CHURCH
9651 SW 75TH ST
ELLENDALE MN 56026-2300

POSSIN ORGANICS LLC
23536 160TH ST
NEW RICHLAND MN 56072-3004

RICHLAND GRAIN LLC
ATTN MATT HOLLAND
6821 W HWY 30
ELLENDALE MN 56026-3058

ROBERT GOETTL
39465 211TH AVE
LE CENTER MN 56057-4114

RYAN PONWITH
958 MN99
CLEVELAND MN 56017

RALPH AND MAVIS BRANDENBURG
3295 280TH AVE
PEMBERTON MN 56078-2401

RAMONA PACZKOWSKI
15897 295TH AVE
WASECA MN 56093-5711

RANAE AND NIEL BERG
13821 200TH AVE
HARTLAND MN 56042-3500

RANDY MARILYN PIERCE
19398 615TH LANE
JANESVILLE MN 56048-4113

RANDY PRANGE
33840 145TH ST
WASECA MN 56093-5110

RANDY SOUTHWORTH
9128 NW 76TH ST
MEDFORD MN 55049-8077

RANDY STULL
4451 ROSE ST
OWATONNA MN 55060-3688

REBECCA KUBICEK
4525 SW 8TH ST
OWATONNA MN 55060-4852

RED OAK GROVE LUTHERAN CHURCH
30456 MOWER FREEBORN RD
AUSTIN MN 55912-5743

RENEE WAGNER
1130 92ND AVE SW
OWATONNA MN 55060-4877

REX POSSEHL
14179 200TH AVE
HARTLAND MN 56042-3501

RICH OLSON
87600 265TH ST
AUSTIN MN 55912-7329

RICH AND SARA WAGNER
3207 403RD AVE
JANESVILLE MN 56048-1706

RICHARD C JONES
6927 NW 62ND AVE
MEDFORD MN 55049-8084

RICHARD LENTZ
32586 50TH ST
WASECA MN 56093-4800

RICHARD PICK
4625 240TH AVE
WALDORF MN 56091-2601

RICHARD STEINBERG
4175 SOUTH COUNTY RD 45
OWATONNA MN 55060-5126

RICHIE KUBAT
1168 SW 92ND AVE
OWATONNA MN 55060-4877

RICHLAND DAIRY LLC
21546 JACOBS AVE
KENYON MN 55946-2016

RICHLAND REPAIR LLC
24835 GATES AVE
FARIBAULT MN 55021-8216

RICK BARTHOLOMEW
2042 NW 82ND AVE
OWATONNA MN 55060-1091

RICK JOHNSON
36800 85TH ST
WASECA MN 56093-4402

RILEY SCHUE
12691 240TH AVE
NEW RICHLAND MN 56072-2906

ROBERT LEANN MARZINSKE
29750 50TH ST
JANESVILLE MN 56048-5512

ROBERT HALEY
34927 90TH ST
WASECA MN 56093-4908

ROBERT HANSON
6079 NW 73 AVE
OWATONNA MN 55060-5613

ROBERT SCHWARZ
29150 120TH ST
WASECA MN 56093-5509

ROBERT WALTERSON
7694 SW 98TH ST
ELLENDALE MN 56026-2127

ROBERT ZIMMERMAN
44770 BLUE GRASS RD
LE CENTER MN 56057-4047

ROBERT AND SHERRY PANUSKA
10863 W STATE HWY 30
NEW RICHLAND MN 56072-3415

RODNEY BLEESS
411 HOFFMAN CIR
PEMBERTON MN 56078-2234

RODNEY BUNKERS
8450 NW 47TH AVE
MEDFORD MN 55049-8067

ROGER CARROLL
8835 CLAREMONT RD
CLAREMONT MN 55924-4516

ROGER HINES
16171 280TH AVE
WASECA MN 56093-6103

ROGER MAY
4958 CRANE CREEK RD
OWATONNA MN 55060-5089

RON TAMMY SCHROHT
7245 CRANE CREEK RD
OWATONNA MN 55060-5096

RON HAMMAN
5593 SW 38TH ST
OWATONNA MN 55060-4993

RON MARSCHEL
9585 LEMOND RD
ELLENDALE MN 56026-2153

RON MARSH
16911 CRAM LANE
WATERVILLE MN 56096-4181

RON OLSON
23193 880TH AVE
OAKLAND MN 56007-7705

RON THOMPSON
3189 SW 118TH ST
ELLENDALE MN 56026-2029

RON AND AILEEN MOTZ
12351 COUNTY RD 3
ELLENDALE MN 56026-2032

RONALD ATTENBERGER
12980 626TH AVE
MINNESOTA LAKE MN 56068-3825

RONALD AND NANCY HANSON
22939 890TH AVE
OAKLAND MN 56007-4783

ROY BALL
90055 230TH ST
AUSTIN MN 55912-7373

RUSSELL JOHNSON
11311 S WILTON RIVER RD
NEW RICHLAND MN 56072-5912

RUTH KRAWETZ
90470 270TH ST
AUSTIN MN 55912-7388

RYAN ANDERSON
7748 SW 62ND AVE
OWATONNA MN 55060-5285

~~EXCLUDE~~

~~(U)SEE ATTACHED REJECT ALL~~

SHAWN RILEY
30261 MOWER FREEBORN RD
AUSTIN MN 55912-6377

SLATE
PO BOX 15123
WILMINGTON DE 19850-5123

SOFI
2750 E COTTONWOOD PKWY
SUITE 300
SALT LAKE CITY UT 84121-7285

STATE BANK OF NEW RICHLAND
103 BROADWAY AVE N
NEW RICHLAND MN 56072

(P)STEELE COUNTY
ATTN STEELE COUNTY AUDITOR
630 FLORENCE AVE
OWATONNA MN 55060-4704

STEELE WASECA COOPERATIVE ELECTRIC
2411 W BRIDGE ST
OWATONNA MN 55060-5004

SUZANN SKAAR
19201 820TH AVE
HAYWARD MN 56043-4082

SYNCHRONY BANK PAYPAL
ATTN BANKRUPTCY DEPT
PO BOX 71783
PHILADELPHIA PA 19176-1783

SANDRA RICHARD WILES
409 7TH ST
NEW RICHLAND MN 56072-2819

SANDY PEMBLE
19235 460TH ST
WATERVILLE MN 56096-4378

SARAH MCCARTHY
840 260TH AVE
MINNESOTA LAKE MN 56068-2508

SCOT NELSON
10353 34TH AVE SE
BLOOMING PRAIRIE MN 55917-5967

SCOTT COLETTE LYNCH (SHOP SITE)
36273 10TH ST
JANESVILLE MN 56048-1900

SCOTT GWEN KRUEGER
25587 105TH ST
NEW RICHLAND MN 56072-2802

SCOTT ARCHER CONSTRUCTION
PO BOX 385
BLOOMING PRAIRIE MN 55917-0385

SCOTT DEMMER (BROWN SHED)
6703 SW 118TH ST
ELLENDALE MN 56026-2119

SCOTT KRAUSE
10731 S WILTON RIVER RD
NEW RICHLAND MN 56072-5910

SCOTT M ARCHER
PO BOX 385
6481 HIGHWAY 30 EAST
BLOOMING PRAIRIE MN 55917-7908

SCOTT AND DIANE STORM
6246 ROSE ST
OWATONNA MN 55060-3766

SCOTT AND JANICE SHERVA
13108 STATE HWY 30
BLOOMING PRAIRIE MN 55917-7055

SEAN JODI SILVERNAIL
13871 595TH ST
CLAREMONT MN 55924-4410

SEAN MURPHY
9983 NW 16TH ST
WASECA MN 56093-6239

SHAREEN CARLSON
27739 890TH AVE
AUSTIN MN 55912-7343

SHARON KRASSIN
36415 170TH ST
WASECA MN 56093-4704

SHARON KUCERA
35969 175TH ST
WASECA MN 56093-4705

SHARON SPITZACK
14752 CABOT AVE
FARIBAULT MN 55021-7394

SHARON STROBEL
13448 450TH LN
WATERVILLE MN 56096-4238

SHEILA KELLY KATZUNG
6318 SW 38TH ST
OWATONNA MN 55060-4995

SHEILA HANSON
2637 SW 92ND AVE
OWATONNA MN 55060-4883

SHEILA OTTERSON
13456 34TH AVE SE
BLOOMING PRAIRIE MN 55917-5982

SHERRY HARBAL
2430 NE 60TH ST
MEDFORD MN 55049-8040

SHERYL MEESE
23310 JACOBS AVE SE
FARIBAULT MN 55021-8304

SHIRLEY CHARLES LIGHTLY
89509 210TH ST
AUSTIN MN 55912-6258

SHIRLEY DALE HUELSNITZ
39410 REEDS LAKE RD
WASECA MN 56093-4117

SHIRLEY HANSEN
6198 NW 30TH ST
OWATONNA MN 55060-5630

SHIRLEY SEATH
PO BOX 171
GENEVA MN 56035-0171

SKYLER EATON
10771 SW 62ND AVE
ELLENDALE MN 56026-2114

SPINDLER REPAIR
2775 93RD ST SW
OWATONNA MN 55060-5275

SQUARE ONE CONTRACTING
4811 HWY 30 E
BLOOMING PRAIRIE MN 55917-7914

ST PAULS LUTHERAN CHURCH
2781 SW 92ND AVE
MERIDEN MN 56093-6211

STEPHANIE REINARDY
3923 S COUNTY HWY 45
OWATONNA MN 55060-5125

STEPHEN LARSON
502 JOHNSON ST
HARTLAND MN 56042-8701

STEVE BLOOM
5540 LEMOND RD
OWATONNA MN 55060-5038

STEVE JACOBSON
13046 565TH ST
WEST CONCORD MN 55985-4012

STEVE SCHULTZ
42109 315TH AVE
SAINT PETER MN 56082-4193

STEVE SKALICKY
11376 COUNTY RD 3
ELLENDALE MN 56026-2025

STEVE WINZENBURG
3901 MINNESOTA 30
BLOOMING PRAIRIE MN 55917

STORMY TROM
12088 720TH ST
BLOOMING PRAIRIE MN 55917-6989

SUE HILL
31512 760TH AVE
ELLENDALE MN 56026-4234

SUSAN HABECK
4261 SW 108TH ST
ELLENDALE MN 56026-2159

SUSAN JOHNSON
5021 COUNTY RD 45 N
MEDFORD MN 55049-8113

TARGET CARD SERVICES
PO BOX 660170
DALLAS TX 75266-0170

TIM LEWER
11913 S WILTON RIVER RD
NEW RICHLAND MN 56072-5914

TODD TRAYNOR
101 N TEAL ST
JANESVILLE MN 56048-9231

TOM DONKERS
24310 GATES AVE
FARIBAULT MN 55021-8297

TRAVIS BEAUPRE
15760 ACORN TRAIL
FARIBAULT MN 55021-7610

TAMARA WETZEL
6714 SW 8TH ST
OWATONNA MN 55060-4865

TEBRA THIELE
8126 SW 8TH ST
OWATONNA MN 55060-4869

TERESA KOSLOSKY
8308 47TH AVE NW
MEDFORD MN 55049-8067

TERRA AND MARK LAMONT
8549 369TH AVE
WASECA MN 56093-4408

TERRELL SCHWAKE
10494 E 230TH ST
KENYON MN 55946-2006

TERRY HANSEN
11540 210TH AVE
NEW RICHLAND MN 56072-3407

TERRY THISSEN
3700 168TH ST SE
BLOOMING PRAIRIE MN 55917-7971

TERRY YULE
2957 NW 76TH ST
MEDFORD MN 55049-8060

THEO  LEAH JACOBSEN
4202 82ND AVE NW
OWATONNA MN 55060-5019

TIFFANY BOECKER
12157 SE 19TH AVE
BLOOMING PRAIRIE MN 55917-5812

TIM IGNASZEWSKI
23750 105TH ST
NEW RICHLAND MN 56072-2800

TIM JOHNSON
3799 LEMOND RD
OWATONNA MN 55060-5043

TIM AND BRENDA SAMMON
7678 SW 38TH ST
OWATONNA MN 55060-4998

TIMOTHY AND ANDREA VANGELDER
1527 SW 62ND AVE
OWATONNA MN 55060-4906

TODD FLOREN
220 STATE STREET N
WEST CONCORD MN 55985-4699

TODD ROBRAN
17668 320TH AVE
WASECA MN 56093-5212

TODD AND BETH KOLANDER
15470 355TH AVE
WASECA MN 56093-4739

TOM LUMSDEN
61811 160TH AVE
DODGE CENTER MN 55927-8109

TOM STEIDLER
15263 SW 102ND AVE
NEW RICHLAND MN 56072-1821

TONY SMITH
4722 COUNTY ROAD 45 N
OWATONNA MN 55060-6187

TRAVIS ROBB
41826 COUNTRY MAPLE LN
SAINT PETER MN 56082-4218

TRAVIS AND SHANNON WETZEL
5348 SW 48TH ST
OWATONNA MN 55060-4989

TRENT ARMSTRONG
31129 60TH ST
WASECA MN 56093-5501

TRISHA ERICKSON
2976 48TH ST SW
OWATONNA MN 55060-5162

TROY BROOKS
5410 SW 81ST ST
OWATONNA MN 55060-5282

TYLER MOE
15575 275TH AVE
NEW RICHLAND MN 56072-6109

~~EXCLUDE~~

~~US TRUSTEE~~
~~1015 US COURTHOUSE~~
~~300 S 4TH ST~~
~~MINNEAPOLIS MN 55415-3070~~

VESELY FAMILY LLLP
6312 SW 81ST ST
OWATONNA MN 55060-5283

VICKI EIPERS
56279 120TH AVE
WEST CONCORD MN 55985-4009

VICKI WIMER
PO BOX 794
OWATONNA MN 55060-0794

VICKY NEEDHAM
3311 SW 8TH ST
OWATONNA MN 55060-4854

VINCE SCHENCK
5301 NE 14TH AVE
MEDFORD MN 55049-8044

WAYNE OCONNOR
24892 DALTON AVE
COURTLAND MN 56021

WEB BANK
PO BOX 4337
CAROL STREAM IL 60197-4337

WEX FLEET UNIVERSAL
PO BOX 639
PORTLAND ME 04104-0639

WAKEFIELD PORK WOODVILLE 1
410 MAIN AVE E
GAYLORD MN 55334-9620

WAKEFIELD PORK WOODVILLE 2
410 MAIN AVE E
GAYLORD MN 55334-9620

WANITA WILKIE
6646 NE 19TH AVE
MEDFORD MN 55049-8019

WARREN NOLT
17715 595TH ST
DODGE CENTER MN 55927-7927

WAYNE AND MARIE DOBBERSTEIN
600 E HWY 30
ELLENDALE MN 56026-2055

WESLEY AND JOY RIIHL
12379 275TH AVE
NEW RICHLAND MN 56072-6009

WILLHELMINA BICE
25749 IBSON AVE
MEDFORD MN 55049-8201

WILLIAM LEDDS
85291 320TH ST
BLOOMING PRAIRIE MN 55917-8032

WILLIAM AND LINDA SORENSON
4874 KENYON RD
OWATONNA MN 55060-6152

XCEL ENERGY
PO BOX 4176
CAROL STREAM IL 60197-4176

XEPOT LLC DBA DAGRY
5220 LEMOND RD
OWATONNA MN 55060-4990

YOLANDA OSORIO
29329 WEST WILTON RIVER RD
WASECA MN 56093-5522

YOLONDA KUHNS
10490 KENYON BLVD
FARIBAULT MN 55021

~~EXCLUDE~~

~~(D)LISA NATHAN WARD~~
~~16117 605TH LANE~~
~~JANESVILLE MN 56048-4135~~

CARRIE ANN PETSINGER
8162 SW 81ST STREET
ELLENDALE MN 56026-2228

DEBTOR

DANIEL HOWARD PETSINGER
8162 SW 81ST STREET
ELLENDALE MN 56026-2228

JOHN D LAMEY III
LAMEY LAW FIRM PA
980 INWOOD AVE N
OAKDALE MN 55128-6625

~~EXCLUDE~~

~~MARY SIELING~~
~~SIELING LAW PLLC~~
~~PO BOX 1116~~
~~MINNETONKA MN 55345-0116~~