UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In re: Case No. 26-31830
Chapter 7

In re: Daniel Howard Petsinger and
Carrie Ann Petsinger,

Debtors.

---

**ORDER**

---

This case is before the court on the trustee's motion for an order approving the settlement between the trustee and the debtors filed at ECF No. 24. Based upon the motion and records,

IT IS ORDERED: The settlement is approved.

Dated: *August 19, 2026*

s/ Mychal A. Bruggeman

Mychal A. Bruggeman
United States Bankruptcy Judge