UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In re:

In re: Daniel Howard Petsinger and
Carrie Ann Petsinger,

Debtors.

Case No. 26-31830
Chapter 7

---

**ORDER**

---

This case is before the court on the trustee's motion for an order approving a sale. Based upon the motion and records,

IT IS ORDERED: The trustee in this bankruptcy case, Mary Sieling, is authorized to sell the following described real property to Kimberly Schlaak for $8,000.00:

Legal Description: The West 100 feet of Lots 9 and 10, Block 6, Village of New Richland, according to the plat thereof in Waseca County, Minnesota

PIN: 15.100.0620

Dated: *November 12, 2026*

s/ Mychal A. Bruggeman

Mychal A. Bruggeman
United States Bankruptcy Judge